

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-19-00521-CV

**IN RE DDAV WATER, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

On July 31, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the trial court's July 31, 2019 "Order Granting Defendant, DTB Investments, L.P.'s Emergency Motion to Dissolve Temporary Restraining Order and Motion to Dismiss," which this court granted on July 31, 2019. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay imposed on July 31, 2019 is LIFTED. The motions filed by the real party in interest to lift this court's stay are DENIED AS MOOT. This court's opinion will issue at a later date.

It is so **ORDERED** on August 2, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 20019-CI-15029, styled *DDAV Water, LLC v. DTB Investments, L.P.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.